UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v().                            Case No. 25-30706
                              Originating No.  25MJ650

**RAQUEL ORDUNA-RIOS,**

       Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **RAQUEL ORDUNA-RIOS,** to answer to charges pending in another federal district, and states:

1. On **November 18, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of New York based on a criminal complaint**.  Defendant is charged in that district with violation of **18 United States Code, Sections 371 and 1957 and 1956(h) and 8 United States Code Sections 1324(a)(1)(A)(ii), (a)(1)(A)(i) and (B)(ii), (a)(1)(A)(v)(I), 1324(a)(3), 1324a 5841 and 5861(d) and 5871 – Conspiracy, Transporting Unauthorized Aliens for Commercial Advantage or Private Financial Gain, Harboring Unauthorized Aliens for Commercial Advantage or Private Financial**

**Gain, Conspiracy to Bring in, Harbor and Transport Unauthorized Aliens, Employment of at Least 10 Unauthorized Aliens within a 12-month Period, Engaging in a Pattern or Practice of Employing Unauthorized Aliens and Money Laundering and Conspiracy to Commit Money Laundering.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


s/*Stephen Carr*
STEPHEN CARR
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: November 18, 2025